**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-6778

KEVIN E. FRAZIER,

Petitioner - Appellant,

v.

ERIC WILSON, Warden/BOP (Federal),

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:16-cv-00933-JAG-RCY)

Submitted: November 30, 2018                    Decided: January 3, 2019

Before DUNCAN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed as modified by unpublished per curiam opinion.

Kevin E. Frazier, Appellant Pro Se. Elizabeth Wu, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin E. Frazier, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Frazier v. Wilson*, No. 3:16-cv-00933-JAG-RCY (E.D. Va. June 19, 2018). We note, however, that the district court dismissed one of Frazier's claims, a challenge to the Bureau of Prisons' authority to promulgate Program Statement 5880.28, for lack of standing. This claim should have been dismissed without prejudice. *See S. Walk at Broadlands Homeowner's Ass'n v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir. 2013) (explaining that when a court "lacks jurisdiction [it] has no power to adjudicate and dispose of a claim on the merits"). We thus modify the district court's order to reflect that the dismissal of this claim is without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*